UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 2:19-cv-408-FtM-38NPM

$80,000.00 IN UNITED STATES CURRENCY,

    Defendant.
_____/

## **ORDER**

Before the Court is the United States' Motion for Judgment of Forfeiture for approximately $80,000.00 in United States currency seized from Daniel De La Cruz Pagan ("Defendant Funds"). (Doc. 26). The Court finds the Defendant Funds are subject to forfeiture under 21 U.S.C. § 881(a)(6) and Supp'l Rule G, Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.

Having been fully advised in the premises, the Court finds the Defendant Funds are forfeitable to the United States because they constitute: (1) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; or (3) money used or intended to be used to facilitate a violation of the Controlled Substances Act. The Defendant Funds are thus subject to civil forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

The Court further finds that the only party known to have an alleged interest in the Defendant Funds is Petitioner Daniel De La Cruz Pagan. On December 3, 2019, Petitioner Daniel De La Cruz Pagan withdrew his Verified Claim and Answer and agreed

to the forfeiture of the Defendant Funds. (Doc. 25).

The Court further finds that the United States filed a Declaration of Publication to reflects notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 19, 2019 and continuing through and including July 18, 2019, pursuant to Supp'l Rule G(4)(a)(iv)(C). (Doc. 12). No other person or entity has filed a claim and the time for filing such a claim has expired. Thus, it is now appropriate for the Court to enter a Judgment of Forfeiture for the Defendant Funds.

Accordingly, it is

**ORDERED:**

(1) The United States' Motion for Judgment of Forfeiture (Doc. 26) is **GRANTED**.

(2) Under 21 U.S.C. § 881(a)(6) and Supp'l Rule G, all right, title, and interest in approximately $80,000.00 in United States currency seized from Daniel De La Cruz Pagan, is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the $80,000.00 is now vested in the United States of America.

(3) The Clerk is **DIRECTED** to enter judgment and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 4th day of December 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record